Delos Williams, Respondent, v. Wilhelmina Billings, Appellant.— Judgment affirmed, with costs. All concurred.

Rudolph Seelbach and Others, Appellants, v. Louis W. Becker and Others, Respondents. — Judgment affirmed, with costs. All concurred.

William Richardson, Respondent, v. Patrick H. Tuohey, Sheriff of Niagara County, Appellant. — Judgment and order affirmed, with costs. All concurred.

The Chicago Lumbering Company of Michigan, Respondent, v. Adam Hartman, Appellant.— Judgment and order affirmed, with costs. All concurred, except Ward, J., not voting

John C. Kern, as Administrator, etc., of Henry Kern, Deceased, Plaintiff, v. The Lehigh Valley Railroad Company, Defendant.— There not being four judges qualified to sit in this case, it is hereby ordered that the appeal be transferred to and heard in the third judicial department.

Norman Getman and Louisa Shoemaker, as Administrators, etc., of John A. Shoemaker, Deceased, Respondents, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, J., dissenting, and Ward, J., not voting.

The People of the State of New York, Respondent, v. Joseph Mathews, Appellant.— Judgment modified by striking out the provision for imprisonment in case the defendant fails to pay the fine, and, as thus modified, judgment affirmed. Judgment to be entered and certified to the Oneida County Court, pursuant to section 547 of the Code of Criminal Procedure. All concurred, except Ward, J., not voting.

Washington D. Hays, Appellant, v. Ira A. Raplee, Respondent.— Order affirmed, with costs. All concurred, except Ward, J., not voting.

Salome Hellriegel and Frederick L. Hellriegel, Appellants, v. George A. Corson, Respondent.— Judgment and order affirmed, with costs. All concurred, except Ward, J., not voting.

Jacob H. Myers, Appellant, v. George C. Buell et al., Respondents.—Order affirmed, with costs. All concurred, except Ward, J., not voting.

The People of the State of New York, Respondent, v. Jacob Mueller, Appellant.— Judgment of conviction modified by striking therefrom the words, "And in default of the payment thereof to be committed to the Erie County Penitentiary at hard labor until such fine shall be paid," not exceeding one day's imprisonment for each and every dollar so imposed as a fine," and as so modified judgment affirmed. The judgment to be entered and certified to the Supreme Court of Erie county, pursuant to section 547 of the Code of Criminal Procedure. All concurred, except Ward, J., not voting.

Charles A. Gorman, Respondent, v. Charles N. Stainthorpe and Others, Appellants. – Judgment affirmed, with costs. All concurred, except Ward, J., not voting.

James O'Horo, Respondent, v. James E. Kelsey, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw his demurrer and answer upon payment of the costs of the demurrer and of this appeal. All concurred, except Ward, J., not voting.

John R. Barrett, Respondent, v. Robert Gundry and Hattie Gundry, Appellants.— Judgment affirmed, with costs. All concurred.